McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUL 18 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINGO ENE and<br>JOSHUA HOPOI,<br><br>Defendants. | CASE NO: 2:18-MJ-133-AC<br><br>[~~PROPOSED~~] ORDER TO UNSEAL COMPLAINT AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint and underlying affidavit be unsealed in the redacted form provided by the United States Attorney's Office.

Dated: 7/18/18

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE