McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-149-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DOMINGO ENE, JOSHUA HOPOI, and RAYMOND SU, | DATE: October 23, 2018 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on October 23, 2018, and time was excluded through that date.

2. By this stipulation, the defendants now move to continue the status conference until December 11, 2018, and to exclude time between October 23, 2018, and December 11, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes over 2000 pages, as well as a significant amount of audio and video. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) The government recently produced additional discovery, including reports on

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

forensic analysis of electronic devices, on October 11, 2018.

   c) Counsel for defendants require additional time to review the discovery and discuss potential resolutions with their clients.

   d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 23, 2018, to December 11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 18, 2018        McGREGOR W. SCOTT
                 United States Attorney

                 /s/ MIRIAM R. HINMAN
                 MIRIAM R. HINMAN
                 Assistant United States Attorney

Dated: October 18, 2018                           /s/ TASHA CHALFANT
                                                  TASHA CHALFANT
                                                  Counsel for Defendant
                                                  Domingo Ene

Dated: October 18, 2018                           /s/ NOA OREN
                                                  NOA OREN
                                                  Counsel for Defendant
                                                  Joshua Hopoi

Dated: October 18, 2018                           /s/ LINDA PARISI
                                                  LINDA PARISI
                                                  Counsel for Defendant
                                                  Raymond Su

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 19th day of October, 2018.

                                                  /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3