McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-149-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DOMINGO ENE, JOSHUA HOPOI, and RAYMOND SU, | DATE: December 11, 2018 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on December 11, 2018, and time was excluded through that date.

2. By this stipulation, the defendants now move to continue the status conference until January 22, 2019 at 9:15 a.m., and to exclude time between December 11, 2018, and January 22, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced to defense counsel over 2000 pages of discovery, as well as a significant amount of audio and video.

    b) The defendants were arraigned on the Superseding Indictment on November 14, 2018, and time was excluded under Local Code T4 through the presently set status conference

1  date of December 11, 2018.

2        c)      The government will be producing a handful of additional documents related to the Superseding Indictment in the next couple of weeks.

      d)      Counsel for defendants require additional time to review the discovery, conduct investigation, and discuss potential resolutions with their clients.

      e)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)      The government does not object to the continuance.

      g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2018, to January 22, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 14, 2018                McGREGOR W. SCOTT
                                                    United States Attorney

                                                    /s/ MIRIAM R. HINMAN
                                                    MIRIAM R. HINMAN
                                                    Assistant United States Attorney

| | |
|---|---|
| Dated: November 14, 2018 | /s/ TASHA CHALFANT<br>TASHA CHALFANT<br>Counsel for Defendant<br>Domingo Ene |
| Dated: November 15, 2018 | /s/ NOA OREN<br>NOA OREN<br>Counsel for Defendant<br>Joshua Hopoi |
| Dated: November 14, 2018 | /s/ LINDA PARISI<br>LINDA PARISI<br>Counsel for Defendant<br>Raymond Su |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of November, 2018.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE