McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>DOMINGO ENE,<br>JOSHUA HOPOI, and<br>RAYMOND SU,<br><br>         Defendants. | CASE NO. 2:18-CR-149-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 22, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.   By previous order, this matter was set for status on January 22, 2019, and time was excluded through that date.

2.   By this stipulation, the defendants now move to continue the status conference until February 5, 2019 at 9:15 a.m., and to exclude time between January 22, 2019, and February 5, 2019, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   The government has produced to defense counsel over 2000 pages of discovery, as well as a significant amount of audio and video.

   b)   The defendants were arraigned on the Superseding Indictment on November 14, 2018.

c) Counsel for defendants require additional time to review the discovery, conduct investigation, and consult with their clients.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 22, 2019, to February 5, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 20, 2018          MCGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ MIRIAM R. HINMAN
                                  MIRIAM R. HINMAN
                                  Assistant United States Attorney

Dated: December 20, 2018          /s/ TASHA CHALFANT
                                  TASHA CHALFANT
                                  Counsel for Defendant
                                  Domingo Ene

Dated: December 20, 2018              /s/ NOA OREN
                                      NOA OREN
                                      Counsel for Defendant
                                      Joshua Hopoi

Dated: December 20, 2018              /s/ LINDA PARISI
                                      LINDA PARISI
                                      Counsel for Defendant
                                      Raymond Su

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 21st day of December, 2018.

                                      /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE