McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-149-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DOMINGO ENE, JOSHUA HOPOI, and RAYMOND SU, | DATE: June 18, 2019 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on June 18, 2019, and time was excluded through that date.

2. By this stipulation, the defendants now move to continue the status conference until July 16, 2019 at 9:15 a.m., and to exclude time between June 18, 2019, and July 16, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced to defense counsel over 2000 pages of discovery, as well as a significant amount of audio and video. The government produced three additional disks on April 17, 2019.

   b) The defendants were arraigned on the Superseding Indictment on November 14,

STIPULATION FOR CONTINUANCE & EXCLUSION OF TIME

1

2018.

        c)      Counsel for all three defendants require additional time to review the discovery, conduct interviews and other investigation, gather additional information about potential mitigating factors, and consult with their clients about the case.

        d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      The government does not object to the continuance.

        f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 18, 2019, to July 16, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 17, 2019                              McGREGOR W. SCOTT
                                                                    United States Attorney

                                                                    /s/ MIRIAM R. HINMAN
                                                                    MIRIAM R. HINMAN
                                                                    Assistant United States Attorney

Dated:  June 17, 2019                         /s/ TASHA CHALFANT
                                              TASHA CHALFANT
                                              Counsel for Defendant
                                              Domingo Ene

Dated:  June 17, 2019                         /s/ NOA OREN
                                              NOA OREN
                                              Counsel for Defendant
                                              Joshua Hopoi

Dated:  June 17, 2019                         /s/ LINDA PARISI
                                              LINDA PARISI
                                              Counsel for Defendant
                                              Raymond Su

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of June, 2019

                                              /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE