McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-149-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DOMINGO ENE, JOSHUA HOPOI, and RAYMOND SU, | DATE: December 17, 2019 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. At the status conference on October 1, 2019, this matter was set for a trial confirmation hearing at 9:15 a.m. on December 17, 2019, and jury trial at 9:00 a.m. on February 3, 2019, and time was excluded through that date.

2. By this stipulation, the defendants now move to continue the trial date until 9 a.m. on February 10, 2020, and the trial confirmation hearing until 9:15 a.m. on January 7, 2020, and to exclude time between the date of this order and February 10, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defendants were arraigned on the original indictment on August 8, 2018, and arraigned on the superseding indictment on November 14, 2018.

   b) Between August 2018 and December 2018, the government produced to defense

STIPULATION FOR CONTINUANCE & EXCLUSION OF TIME                                     1

counsel over 2400 pages of discovery, as well as 21 separate disks.

    c)    The government produced 3 additional pages on January 18, 2019, and 3 additional disks with 2 additional pages on April 17, 2019.

    d)    At defense counsel's request, on August 9, 2019, the government produced over 1500 additional pages consisting of discovery in the case *United States v. Daron Tarver*, 2:18-cr-00223.

    e)    Counsel for all three defendants require the additional time between now and February 10, 2020, to prepare for trial, in light of the volume of discovery, the need to plan a trial strategy for this three-defendant case, and the additional interviews and other investigation that will be required.

    f)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    g)    The government does not object to the continuance.

    h)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    i)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between the date of this order and February 10, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

STIPULATION FOR CONTINUANCE & EXCLUSION OF TIME

2

Dated: November 19, 2019                    McGREGOR W. SCOTT
                                            United States Attorney


                                            /s/ MIRIAM R. HINMAN
                                            MIRIAM R. HINMAN
                                            Assistant United States Attorney


Dated: November 19, 2019                    /s/ TASHA CHALFANT
                                            TASHA CHALFANT
                                            Counsel for Defendant
                                            Domingo Ene


Dated: November 19, 2019                    /s/ NOA OREN
                                            NOA OREN
                                            Counsel for Defendant
                                            Joshua Hopoi


Dated: November 19, 2019                    /s/ LINDA PARISI
                                            LINDA PARISI
                                            Counsel for Defendant
                                            Raymond Su


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 20th day of November, 2019.


                                            /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE