McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-149-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | DATE: January 7, 2020 |
| DOMINGO ENE, JOSHUA HOPOI, and RAYMOND SU, | TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this case was set for jury trial at 9 a.m. on February 10, 2020, with the trial confirmation hearing at 9:15 a.m. on January 7, 2020, and time was excluded through February 10, 2020, under Local Code T4.

2. By this stipulation, the defendants request that the trial confirmation hearing be continued to January 14, 2020, at 9:15 a.m. The defendants are requesting this continuance so that defense counsel has additional time to consult with their clients before the trial confirmation hearing.

3. The government does not object to the requested continuance.

4. No speedy trial exclusion is necessary, because time has already been excluded through February 10, 2020.

IT IS SO STIPULATED.

Dated: January 2, 2020         McGREGOR W. SCOTT
                                United States Attorney


                                /s/ MIRIAM R. HINMAN
                                MIRIAM R. HINMAN
                                Assistant United States Attorney


Dated: January 2, 2020          /s/ TASHA CHALFANT
                                TASHA CHALFANT
                                Counsel for Defendant
                                Domingo Ene


Dated: January 2, 2020          /s/ NOA OREN
                                NOA OREN
                                Counsel for Defendant
                                Joshua Hopoi


Dated: January 2, 2020          /s/ LINDA PARISI
                                LINDA PARISI
                                Counsel for Defendant
                                Raymond Su


**ORDER**

IT IS SO ORDERED this 2nd day of January, 2020.


                                /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE