PHILLIP A. TALBERT
United States Attorney
MIRIAM R. HINMAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOMINGO ENE,<br>JOSHUA HOPOI, and<br>RAYMOND SU,<br><br>　　　　Defendants. | 2:18-CR-00149-JAM<br><br>FINAL ORDER OF FORFEITURE |

On January 27, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between the Unites States and defendants Domingo Ene, Joshua Hopoi, and Raymond Su forfeiting to the United States the following property:

　　a.　Apple Watch with serial number SFHLWQ1J8J5X1;
　　b.　Forever 21 Gift Card with account number ending in 6807;
　　c.　Cinemark Supersaver Gift Card with account number ending in 8411P;
　　d.　Cinemark Supersaver Gift Card with account number ending in 8412P;
　　e.　Aero Rewards Gift Card with account number ending in 9139;
　　f.　Barnes & Noble Gift Card with account number ending in 5612;
　　g.　Pier One Gift Card with account number ending in 9508;
　　h.　Amazon Gift Card with account number ending in 2998;
　　i.　Lucille's Gift Card with account number ending in 3162;
　　j.　Starbucks Gift Card with account number ending in 3794;
　　k.　Starbucks Gift Card with account number ending in 3438;
　　l.　Paragary's Gift Card with account number ending in 7687;
　　m.　Cold Stone Gift Card with account number ending in 9279;

1

n. Jamba Juice Gift Card with account number ending in 5199;
o. Total Wine Gift Card with account number ending in 9075;
p. Baskin Robbins Gift Card with account number ending in 3189;
q. McCormick/Schmick Gift Card with account number ending in 4033;
r. Amazon Gift Card with account number ending in 0498;
s. Bath & Body Works Gift Card with account number ending in 3585;
t. Petco Gift Card with account number ending in 3225;
u. Ulta Gift Card with account number ending in 4879;
v. TJ Maxx Gift Card with account number ending in 5928;
w. Forever 21 Gift Card with account number ending in 0234;
x. Victoria Secret Gift Card with account number ending in 4445;
y. Visa Gift card Gift Card with account number ending in 4394;
z. Visa Gift card Gift Card with account number ending in 4270;
aa. Xbox Gift Card with account number ending in 5373;
bb. Starbucks Gift Card with account number ending in 6610;
cc. Panera Gift Card with account number ending in 7827;
dd. Xbox Gift Card with account number ending in 4186;
ee. Ihop Gift Card with account number ending in 8857;
ff. Ihop Gift Card with account number ending in 8840;
gg. Famous Daves Gift Card with account number ending in 6859;
hh. Total Wine Gift Card with account number ending in 3610;
ii. Barnes & Noble Gift Card with account number ending in 6875;
jj. Subway Gift Card with account number ending in 9513;
kk. Starbucks Gift Card with account number ending in 7340;
ll. Logans Gift Card with account number ending in 9548;
mm. Darden Gift Card with account number ending in 6096;
nn. Olive Garden Gift Card with account number ending in 2195;
oo. Home Depot Gift Card with account number ending in 7415;
pp. Olive Garden Gift Card with account number ending in 0657;
qq. Macy's Gift Card with account number ending in 6240;
rr. Macy's Gift Card with account number ending in 8611;
ss. Gap Gift Card with account number ending in 6856;
tt. Gap Gift Card with account number ending in 6864;
uu. Fanzz Gift Card with account number ending in 7726;
vv. Walmart Gift Card with account number ending in 5838;
ww. Chuck E Cheese Gift Card with account number ending in 0638;
xx. Kohl's Gift Card with account number ending in 2206;
yy. Cold Stone Gift Card with account number ending in 0535;
zz. Sephora Gift Card with account number ending in 7240;
aaa. Target Gift Card with account number ending in 0545;
bbb. Chuck E Cheese Gift Card with account number ending in 8164;
ccc. Jamba Juice Gift Card with account number ending in 4874;
ddd. Starbucks Gift Card with account number ending in 6415;
eee. Bed Bath & Beyond Gift Card with account number ending in 9823;
fff. Target Gift Card with account number ending in 1943;
ggg. Visa/Target Gift Card with account number ending in 0928;
hhh. Walmart Visa Gift Card with account number ending in 9610;
iii. Whole Foods Gift Card with account number ending in 3517;
jjj. Whole Foods Gift Card with account number ending in 3525;
kkk. Auto Zone Gift Card with account number ending in 2917;
lll. Starbucks Gift Card with account number ending in 9020;
mmm. 7-11 store Gift Card with account number ending in 9843;
nnn. Mastercard Gift Card with account number ending in 3535;
ooo. L & L Hawaiian BBQ Gift Card with account number ending in 9530;
ppp. Target Gift Card with account number ending in 7241; and
qqq. Walmart Gift Card with account number ending in 5265.

Beginning on February 4, 2020, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), including all right, title, and interest of Domingo Ene, Joshua Hopoi, and Raymond Su.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 30th day of March, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE